# EXHIBIT A

**Attorney for Plaintiff**

Millicent Lundburg
DUBOIS BRYANT & CAMPBELL
303 Colorado, Suite 2300
Austin, Texas 78701
Telephone: 512-457-8000
mlundburg@dbcllp.com

**Attorneys for Defendants**

Gregory B. Godkin
Clayton Hearn
Mia Lorick
317 Grace Lane, Suite 140
Austin, Texas 78746
Phone: 512-279-7344
ggodkin@rmwbh.com
chearn@rmwbh.com
mlorick@rmwbh.com